UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| IN RE: | |
|---|---|
| ERIC J DILL<br>ARNETTA C DILL<br>Debtor(s) | **UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND**<br><br>**CASE NO. BKY 04-36878 GFK** |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Payday America in the amount of $18.82, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| Payday America<br>701 West Main Street<br>Anoka, MN 55303 | 2 | $18.82 |

ACCOUNT NUMBER:
xxx-xx-6623

**Jasmine Z. Keller, Trustee**

Dated: January 12, 2011

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee

RECEIVED
11 JAN 13 AM 11:06
U.S. BANKRUPTCY COURT
ST. PAUL, MN